IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORP. | ) |
|         Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 08-1355 |
| | ) |
| ADA-ES, INC. | ) |
|         Defendants. | ) |

ORDER

AND NOW, this 15th day of January, 2010, IT IS HEREBY ORDERED that Defendant's motion for leave to file under seal [doc. no. 27] and Plaintiff's motion for leave to file under seal [doc. no. 28] are GRANTED, in part, and DENIED, in part. The parties are directed to proceed as follows:

All motions for summary judgment shall be filed in a format such that confidential information is not revealed. As such, these motions will not be permitted to be filed under seal and the motions in that regard are DENIED;

All related papers, namely the concise statement of material facts, memorandum in support, and appendices shall not be filed entirely under seal. To the extent a document attached to a filing has been marked confidential, leave is hereby granted to file that attachment, separately, under seal. The motions are GRANTED in that regard. To the extent a party believes that confidential information is revealed in the body of a document, leave is granted to file a redacted version of that document, with an unredacted version filed under seal. However, in this regard,

the parties are reminded of the public's right of access to court records.  See, U.S. v. Wecht, 484 F.3d 194 (3d Cir. 2007).

The parties are directed to file their motions for summary judgment, concise statements of material facts, memoranda in support, and appendices in accordance with the above directives no later than Friday, January 22, 2010.  No other deadlines regarding summary judgment briefing shall be affected by this ruling; and

This ruling shall apply to all memoranda filed in opposition to the motions, as well as to reply briefs.

BY THE COURT:

_____, Chief J.

cc:        All Counsel of Record