IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CALGON CARBON CORPORATION,** : | **Civil Action No. 08-1355** |
| Plaintiff, : | |
| : | **Honorable Gary L. Lancaster** |
| v. : | |
| : | |
| **ADA-ES, Inc.,** : | |
| Defendant. : | |

## ORDER OF COURT

AND NOW, this _4th_ day of _May_, 2010, upon consideration of the foregoing Defendant's Motion to File Expert Report Under Seal (the "Motion"), it is hereby ORDERED and DECREED that said Motion is GRANTED.

BY THE COURT:

_____
Chief Judge Gary L. Lancaster