IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION, | : Civil Action No. 08-1355 |
| Plaintiff, | : Honorable Gary L. Lancaster |
| v. | : |
| ADA-ES, Inc., | : |
| Defendant. | : |

## ORDER OF COURT

AND NOW, this 2nd day of June, 2010, upon consideration of the foregoing Motion to File Defendant ADA-ES, Inc.'s Response to Plaintiff Calgon Carbon Corporation's Motion *in Limine* to Exclude the Expert Testimony of Howard W. Pifer, III Under Seal (the "Motion"), it is hereby ORDERED and DECREED that said Motion is GRANTED. It is further ORDERED and DECREED that ADA-ES, Inc. is granted leave to:

(a) redact information that Calgon has designated as "Confidential" or "Confidential – Attorneys' Eyes Only" from its publicly filed Response to Calgon's Motion *in Limine*; and

(b) file an unredacted version of its Response to Calgon's Motion *in Limine* under seal.

BY THE COURT:

_____
Chief Judge Gary L. Lancaster