IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORP., | : No. 2:08-CV-1355 |
| Plaintiff, | : Judge Gary L. Lancaster |
| v. | : |
| ADA-ES, INC., | : |
| Defendant. | : |

**ORDER**

AND NOW, this 8th day of July, 2010, upon consideration of Calgon Carbon Corp.'s Motion for Leave to File Expert Report Under Seal, the Motion is hereby GRANTED.

_____
Honorable Chief Judge Gary L. Lancaster

PI-2393321 v1