# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORP., | No. 2:08-CV-1355 |
| Plaintiff, | Judge Gary L. Lancaster |
| v. | |
| ADA-ES, INC., | |
| Defendant. | |

## ORDER

AND NOW, this 8th day of July, 2010, upon consideration of Calgon Carbon Corp.'s Motion for Leave to Supplement Pre-Trial Statement, the Motion is hereby GRANTED.

_____
Honorable Chief Judge Gary L. Lancaster

PI-2393325 v1