IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION, | : Civil Action No. 08-1355 |
| Plaintiff, | : Honorable Gary L. Lancaster |
| v. | : |
| ADA-ES, Inc., | : |
| Defendant. | : |

## ORDER OF COURT

AND NOW, this 8th day of July, 2010, upon consideration of the foregoing Defendant ADA-ES, Inc.'s Motion to File Supplemental Expert Report Under Seal (the "Motion"), it is hereby ORDERED and DECREED that said Motion is GRANTED.

BY THE COURT:

_____
Chief Judge Gary L. Lancaster