IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION, | Civil Action No. 08-1355 |
| Plaintiff, | Honorable Gary L. Lancaster |
| v. | |
| ADA-ES, Inc., | |
| Defendant. | |

## ORDER OF COURT

AND NOW, this 8th day of July, 2010, upon consideration of the foregoing Defendant ADA-ES, Inc.'s Motion to File Supplemental Pre-Trial Statement (the "Motion"), it is hereby ORDERED and DECREED that said Motion is GRANTED.

BY THE COURT:

_____
Chief Judge Gary L. Lancaster