# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CALGON CARBON CORP., | : No. 2:08-CV-1355 |
| Plaintiff, | : Judge Gary L. Lancaster |
| v. | : |
| ADA-ES, INC., | : |
| Defendant. | : Filed Electronically |

## ~~PROPOSED~~ ORDER

AND NOW, on this 29th day of _____Oct_____, 2010, it is hereby ordered, adjudged, and

decreed that "Plaintiff Calgon Carbon Corporation's Motion for Stay Pending Appeal with

Bond" is GRANTED. It is further hereby ordered, adjudged, and decreed that Plaintiff Calgon

Carbon Corporation's Supersedeas Bond is APPROVED, and that this Court's July 30, 2010

Judgment (Doc. 183) is STAYED pending resolution of Plaintiff's appeal of the Judgment to the

United States Court of Appeals for the Third Circuit.

BY THE COURT:

_____

Chief Judge Gary L. Lancaster